Fill in this information to identify the case:

Debtor name: Thunder International Group, Inc.
United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 99 Caven Point Road, LLC<br>400 Plaza Drive, PO Box 1515<br>Secaucus, NJ 07096 | | | | | | $130,724.88 |
| Charge Up Capital LLC<br>1706 Avenue M, Suite 2<br>Brooklyn, NY 11210 | | | Contingent<br>Disputed | | | $202,981.00 |
| Covered California for Small Business<br>P.O. Box 740167<br>Los Angeles, CA 90074 | | | | | | $29,374.76 |
| East West Bank<br>9300 Flair Dr Fl 6th<br>El Monte, CA 91731 | | | | $965,097.93 | $0.00 | $965,097.93 |
| ELZ Accountancy Corp<br>1930 S Brea Canyon Road, #150<br><br>Diamond Bar, CA 91765 | | | | | | $5,000.00 |
| Essentia Funding<br>22 E Main St Unit 250<br>Middletown, NY 10940 | | | Contingent<br>Disputed | | | $400,000.00 |
| Industrial Park E. Sub A, LLC<br>c/o Allen Matkins Leck Gamle Mallory & Natsis LLP<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101<br>San Diego, CA 92101 | | | | | | $833,511.92 |

Debtor    Thunder International Group, Inc.    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MoneyWell Group, LLC<br>111 Great Nock Rd, Suite 300<br>Great Neck, NY 11021 | | | Contingent<br>Disputed | | | $270,000.00 |
| Overton Funding LLC<br>2802 North 29th Ave<br>Hollywood, FL 33020 | | | Contingent<br>Disputed | | | $135,000.00 |
| Quick Funding Group, LLC<br>dba Quick Funding Group<br>583 Grant Place<br>Cedarhurst, NY 11516 | | | Contingent<br>Disputed | | | $300,000.00 |
| Reliance Financial FL LLC<br>2875 S Ocean Blvd Ste 200-004<br>Palm Beach, FL 33480 | | | Contingent<br>Disputed | | | $385,156.25 |
| REYNOLD GROUPS INC<br>575 Route 28, Suite 110<br>Raritan, NJ 08869 | | | | | | $13,635.00 |
| San Bernardino International Airport<br>1601 East Third Street, Suite 100<br>San Bernardino, CA 92408 | | | | | | $216,602.60 |
| Southern California Edison<br>PO Box 300<br>Rosemead, CA 91772 | | | | | | $10,397.81 |
| U.S. Department of Homeland Security<br>2707 Martin Luther King Jr Ave SE<br>Washington, DC 20528 | | | | | | $3,380.00 |
| UPS<br>55 Glenlake Pkwy NE<br>Atlanta, GA 30328 | | | | | | $12,366.64 |
| Veterans Corporate Center LLC<br> Prologis<br>6250 North River Road, Suite 1100<br>Des Plaines, IL 60018 | | | | | | $48,584.52 |

| Debtor | Thunder International Group, Inc. | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VVS | | | | | | $2,987.40 |
| WM CORPORATE SERVICES | | | | | | $3,501.91 |
| Wordwide Express 2700 Commerce Street Suite 1500 Dallas, TX 75226 | | | | | | $7,809.08 |