# UNANIMOUS WRITTEN CONSENT AND
# CERTIFICATE OF CORPORATE RESOLUTION OF
# THUNDER INTERNATIONAL GROUP INC

**May 9, 2025**

The undersigned, being all the holders of issued and outstanding shares of common stock of **Thunder International Group Inc**, a California Corporation (the "Corporation"), and being all the directors of the Corporation, acting in lieu of a meeting pursuant to the Corporation's By-Laws and the California Corporations Code, do hereby approve by written consent and adopt, as the actions of the Corporation, the following resolutions:

**WHEREAS,** it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") pursuant to Title 11 of the United States Code; and

**WHEREAS,** such action is authorized by the laws of the State of California and is not prohibited by the By-Laws of the Corporation;

**NOW THEREFORE BE IT**

**RESOLVED**, that in the judgment of the undersigned parties, it is in the best interest of the Corporation, its creditors, employees, and other interested parties that a voluntary petition be filed in the Bankruptcy Court pursuant to Chapter 11, Subchapter V, of Title 11 of the United States Code; and it is further

**RESOLVED**, that Ye Feng, as CEO, and Mingming Wang, as Secretary, are hereby authorized, directed and empowered to execute and deliver all documents and instruments necessary to perfect the filing of a Chapter 11, Subchapter V voluntary bankruptcy case on behalf of the corporation, and it is further

**RESOLVED**, that Ye Feng, as CEO, and Mingming Wang, as Secretary, are hereby authorized, directed and empowered to appear in all bankruptcy proceedings on behalf of

the Corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents and instruments on behalf of the Corporation in connection with such bankruptcy case, and it is further

**RESOLVED**, that Ye Feng, as CEO, and Mingming Wang, as Secretary, are hereby authorized, directed and empowered to employ the law firm of White and Williams LLP to represent the Corporation in such bankruptcy case; and it is further

**RESOLVED**, that this Unanimous Written Consent and Certificate of Corporate Resolution of Thunder International Group Inc shall be added to the corporate records of the Corporation made a part thereof, and the resolutions set forth herein shall have the same force and effect as if adopted at a meeting duly noticed and held; and it is further

**RESOLVED**, that this Unanimous Written Consent and Certificate of Corporate Resolution of Thunder International Group Inc may be executed by electronic delivery or facsimile, and, upon such execution, shall have the same force and effect as an original.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**IN WITNESS WHEREOF,** the undersigned, being all of the directors and all of the shareholders the Corporation, have executed this Unanimous Written Consent and Certificate of Corporate Resolution of Thunder International Group Inc effective as of the date set forth above.

_____
Ye Feng

_____
Mingming Wang

.