|  | Jan - Dec 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 18,851,831.52 |
| Sales Return | -66,663.63 |
| **Total Income** | 18,785,167.89 |
| **Cost of Goods Sold** | |
| Other Operating Expense | 1,848,208.74 |
| Merchant Account Fees | 7,587.10 |
| Shipping Fee | 4,488,492.98 |
| Shipping Material | 302,316.65 |
| Customs Clearance | 414,182.67 |
| **Total COGS** | 7,060,788.14 |
| **Gross Profit** | 11,724,379.75 |
| **Expense** | |
| Donation | 0.00 |
| Amortization Expense | 3,062.50 |
| Reserch Expense | 18,221.00 |
| Management Fee | 0.00 |
| Medical Expense | 4,239.13 |
| 401 Pension | 177,293.97 |
| Parking Fee | 0.00 |
| Accounting | 20,335.00 |
| Advertising and Promotion | 201,331.64 |
| Automobile Expense | 43,254.25 |
| Bank Service Charges | 4,348.67 |
| Business Licenses and Permits | 2,861.00 |
| Commission | 12,229.96 |
| Computer and Internet Expenses | 21,336.55 |
| Depreciation Expense | 33,331.74 |
| Dues and Subscriptions | 106.99 |
| Employee Benefit | 97,000.00 |
| Equipment Rental | 262,757.40 |
| Gift | 776.43 |
| Insurance Expense | 249,723.76 |
| Interest Expense | 108,050.36 |
| Meals and Entertainment | 65,881.16 |
| Office Expense | 96,834.77 |
| Outside Service | 1,726,855.24 |
| Payroll Expenses | 1,455,049.58 |
| Payroll Tax Expenses | 117,275.52 |
| Postage and Delivery | 211.00 |
| Legal & Professional | 171,872.20 |
| Rent Expense | 5,564,140.63 |
| Repairs and Maintenance | 62,100.38 |
| Security Expense | 5,467.00 |
| Taxes - Property | 1,292.61 |

|  |  |  |
|---|---|---:|
|  | **Telephone Expense** | 10,056.52 |
|  | **Travel Expense** | 10,345.94 |
|  | **Utilities** | 147,033.26 |
|  | **Warehouse Expense** | 872,435.76 |
|  | **Total Expense** | 11,567,111.92 |
| **Net Ordinary Income** |  | 157,267.83 |
| **Other Income/Expense** |  |  |
|  | **Other Income** |  |
|  | Sublease Income | 0.00 |
|  | Claim Income | 0.00 |
|  | Parking Income | 0.00 |
|  | PPP Loan forgiveness | 132,229.00 |
|  | Interest Income | 1,443.50 |
|  | Other Income | 619,117.58 |
|  | **Total Other Income** | 752,790.08 |
|  | **Other Expense** |  |
|  | Interest and Late Fees | 0.00 |
|  | Taxes - Federal | 0.00 |
|  | Penalty | 0.00 |
|  | Taxes - State | 191,985.00 |
|  | **Total Other Expense** | 191,985.00 |
| **Net Other Income** |  | 560,805.08 |
| **Net Income** |  | **718,072.91** |