# United States Bankruptcy Court
## District of New Jersey

In re    Thunder International Group, Inc.    Case No.
                                  Debtor(s)    Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Thunder International Group, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| 5/13/2025 | /s/ James C. Vandermark |
| Date | James C. Vandermark |
| | Signature of Attorney or Litigant |
| | Counsel for   Thunder International Group, Inc. |
| | White and Williams LLP |
| | 810 Seventh Avenue, Suite 500 |
| | New York, NY 10019 |
| | Telephone: (212) 244-9500 |
| | vandermarkj@whiteandwilliams.com |