**Fill in this information to identify the case:**

Debtor name    Thunder International Group, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    25-15229

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................  $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................  $ _____ 1,863,628.83

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................  $ _____ 1,863,628.83

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____ 868,757.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$ _____ 3,937,358.30

4.  **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b

$ _____ 4,806,115,30

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Thunder International Group, Inc._

United States Bankruptcy Court for the: _DISTRICT OF NEW JERSEY_

Case number (if known) _25-15229_

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | East West Bank | | 4225 | $0.00 |
| 3.2. | Bank of America | | 8540 | $0.00 |
| 3.3. | Bank of America | | 8582 | $39,242.83 |
| 3.4. | Bank of America | | 4611 | $0.00 |
| 3.5. | Bank of America | | 4598 | $0.00 |
| 3.6. | Bank of America | | 4608 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Thunder International Group, Inc.                                    Case number *(If known)*  25-15229
          Name

5.    **Total of Part 1.**                                                                              $39,242.83

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  Principal Real Estate Investors, Landlord                                                    $616,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                              $616,000.00

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:      618,386.00      -      0.00   =....      $618,386.00
                                face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                              $618,386.00

       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    Thunder International Group, Inc.            Case number *(If known)*    25-15229
_____ Name

☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Misc. office furniture | $0.00 | | $0.00 |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**                                                                    $0.00
Add lines 39 through 42.   Copy the total to line 86.

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Warehouse equipment | $0.00 | | $590,000.00 |

**51.**    **Total of Part 8.**                                                                $590,000.00
Add lines 47 through 50.   Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | Thunder International Group, Inc. | Case number *(If known)* | 25-15229 |
|---|---|---|---|
| | Name | | |

---

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  19465-19485 E. Walnut Drive City of Industry, CA 91745 | Lease | Unknown | | Unknown |
| 55.2.  San Bernandino Airport 115 N. Del Rosa San Bernandino | Lease | Unknown | | Unknown |
| 55.3.  99 Caven Point Road Jersey City, New Jersey | Lease | Unknown | | Unknown |
| 55.4.  8828 Taub Road Houston, Texas 77064 | Lease | $0.00 | | $0.00 |
| 55.5.  13428 N.E. Jarrett Street Portland, OR 97230 | Lease | Unknown | | Unknown |
| 55.6.  360 Veterans Parkway Bolingbrook, IL 60440 | Lease | Unknown | | Unknown |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

| Debtor | Thunder International Group, Inc. | Case number *(If known)* | 25-15229 |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.thundrex.com | $0.00 | | $0.00 |
| fulfillment.thunderex.com | $0.00 | | $0.00 |
| ship.thunderex.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | $0.00 |
    |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Thunder International Group, Inc. | Case number *(If known)* | 25-15229 |
|--------|-----------------------------------|--------------------------|----------|
|        | Name                              |                          |          |

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,242.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $616,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $618,386.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $590,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,863,628.83 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,863,628.83 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Thunder International Group, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) ___25-15229___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** | De Lage Landen Financial Svcs, Inc.
Creditor's Name

1111 Old Eagle School Rd
Wayne, PA 19087
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | | |
|---|---|---|
| **Describe debtor's property that is subject to a lien** | $1,757.00 | $0.00 |
| | | |
| **Describe the lien** | | |
| | | |
| **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | East West Bank
Creditor's Name

9300 Flair Dr Fl 6th
El Monte, CA 91731
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0001

| | | |
|---|---|---|
| **Describe debtor's property that is subject to a lien** | $867,000.00 | $0.00 |
| | | |
| **Describe the lien** | | |
| | | |
| **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| **Is anyone else liable on this claim?** ☐ No ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

| 2.3 | U.S. Small Business Administration | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

ATTN: District Counsel
Two Gateway Center, Suite 1002
Newark, NJ 07102

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $868,757.00

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Thunder International Group, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __25-15229__

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

California Dept. of Tax and Fee Admin.
P.O. Box 942879
Sacramento, CA 94279

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address

City of Atlanta, Office of Revenue
55 Trinity Ave SW
Atlanta, GA 30303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.3** Priority creditor's name and mailing address

City of Jersey City
280 Grove Street
Room 101

Jersey City, NJ 07302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00    Priority amount: $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

---

**2.4** | Priority creditor's name and mailing address
City of Portland, Revenue Division
111 SW Columbia Street
Suite 600

Portland, OR 97201

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

**2.5** | Priority creditor's name and mailing address
Cook County Treasurer
118 North Clark Street, Room 112

Chicago, IL 60602

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

**2.6** | Priority creditor's name and mailing address
Georgia Dept. of Revenue
PO Box 740319
Atlanta, GA 30374

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

**2.7** | Priority creditor's name and mailing address
Harris County Tax
Assessor-Collector
1001 Preston St.
Houston Texas 77002

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

**2.8** | Priority creditor's name and mailing address
Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$0.00    $0.00

---

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

---

**2.9**

Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10**

Priority creditor's name and mailing address
Los Angeles Treasurer and Tax
Collector
500 W Temple Street
Los Angeles, CA 90012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.11**

Priority creditor's name and mailing address
NJ Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245

Trenton, NJ 08695

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.12**

Priority creditor's name and mailing address
Oregon Department of Revenue
PO Box 14725

Salem, OR 97309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.13**

Priority creditor's name and mailing address
State of Delaware, Division of
Revenue
820 N. French Street

Wilmington, DE 19801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.14** Priority creditor's name and mailing address
Texas Comptroller of Public
Accounts
P.O. Box 13528, Capitol Station

Austin, TX 78711

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
99 Caven Point Road, LLC
400 Plaza Drive, PO Box 1515
Secaucus, NJ 07096

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No    ☐ Yes

$225,688.68

**3.2** Nonpriority creditor's name and mailing address
Amazon
P.O. Box 81226
Seattle, WA 98108

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No    ☐ Yes

$2,922.67

**3.3** Nonpriority creditor's name and mailing address
Atech Network Service
6246 Reno Ave
Temple City, CA 91780

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No    ☐ Yes

$387.60

**3.4** Nonpriority creditor's name and mailing address
Cali Flower Capital, Inc.
815 Lakewood Rd
Toms River, NJ 08755

Date(s) debt was incurred _
Last 4 digits of account number  8540

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No    ☐ Yes

$89,950.00

**3.5** Nonpriority creditor's name and mailing address
Charge Up Capital LLC
1706 Avenue M, Suite 2
Brooklyn, NY 11210

Date(s) debt was incurred  11/27/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No    ☐ Yes

$202,981.00

**3.6** Nonpriority creditor's name and mailing address
Covered California for Small Business
P.O. Box 740167
Los Angeles, CA 90074

Date(s) debt was incurred _
Last 4 digits of account number  2833

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No    ☐ Yes

$29,374.76

---

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

---

**3.7** | **Nonpriority creditor's name and mailing address**
ELZ Accountancy Corp
1930 S Brea Canyon Road, #150

Diamond Bar, CA 91765

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$5,000.00

---

**3.8** | **Nonpriority creditor's name and mailing address**
Essentia Funding
22 E Main St Unit 250
Middletown, NY 10940

**Date(s) debt was incurred** 02/12/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$400,000.00

---

**3.9** | **Nonpriority creditor's name and mailing address**
Humana
PO Box 4605
Carol Stream, IL 60197

**Date(s) debt was incurred** 04/19/2025

**Last 4 digits of account number** 8001

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$2,501.08

---

**3.10** | **Nonpriority creditor's name and mailing address**
Industrial Park E. Sub A, LLC
c/o Allen Matkins Leck Gamle Mallory & Natsis
LLP
600 West Broadway, 27th Floor
San Diego, CA 92101
San Diego, CA 92101

**Date(s) debt was incurred** 09/03/2020

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$1,114,799.84

---

**3.11** | **Nonpriority creditor's name and mailing address**
MoneyWell Group, LLC
111 Great Nock Rd, Suite 300
Great Neck, NY 11021

**Date(s) debt was incurred** 3/26/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$270,000.00

---

**3.12** | **Nonpriority creditor's name and mailing address**
Overton Funding LLC
2802 North 29th Ave
Hollywood, FL 33020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$135,000.00

---

**3.13** | **Nonpriority creditor's name and mailing address**
Quick Funding Group, LLC
dba Quick Funding Group
583 Grant Place
Cedarhurst, NY 11516

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$300,000.00

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $385,156.25

Reliance Financial FL LLC
2875 S Ocean Blvd Ste 200-004
Palm Beach, FL 33480

☒ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,635.00

REYNOLD GROUPS INC
575 Route 28, Suite 110
Raritan, NJ 08869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $216,602.60

San Bernardino International Airport
1601 East Third Street, Suite 100
San Bernardino, CA 92408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/1/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,438.14

SH Distribution Center Owner LP
1000 N Post Oak Road, Suite 220
Houston, TX 77055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $167.18

SoCal Gas
PO Box C
Monterey Park, CA 91756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/19/2025

Basis for the claim: _

Last 4 digits of account number  5499

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.78

SoCal Gas
PO Box C
Monterey Park, CA 91756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5624

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,397.81

Southern California Edison
PO Box 300
Rosemead, CA 91772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/10/2025

Basis for the claim: _

Last 4 digits of account number  8718

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown

Summit RFG Corporation
d/b/a Lease Administration Center
4680 Parkway Drive, Suite 300
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/02/2019

Basis for the claim: _

Last 4 digits of account number  7002

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address
TD Auto Finance
PO Box 16039
Lewiston, ME 04243

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$95.27

---

**3.23** | Nonpriority creditor's name and mailing address
Thriveway Funding Group LLC
2362 Norstrand Ave
Brooklyn, NY 11210

**Date(s) debt was incurred** 2/4/2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$67,450.00

---

**3.24** | Nonpriority creditor's name and mailing address
Trace Insurance Services
8671 Wilshire Blvd #714
Beverly Hills, CA 90211

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,456.14

---

**3.25** | Nonpriority creditor's name and mailing address
U.S. Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20528

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,380.00

---

**3.26** | Nonpriority creditor's name and mailing address
UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$12,366.64

---

**3.27** | Nonpriority creditor's name and mailing address
Valley Vista Services, Inc.
17445 Railroad St
City of Industry, CA 91748

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,987.40

---

**3.28** | Nonpriority creditor's name and mailing address
Veterans Corporate Center LLC
 Prologis
6250 North River Road, Suite 1100
Des Plaines, IL 60018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$104,509.56

---

**3.29** | Nonpriority creditor's name and mailing address
Walnut Valley Water District
271 South Brea Canyon Road
Walnut, CA 91789

**Date(s) debt was incurred** 04/09/2025

**Last 4 digits of account number** 0849

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,593.87

---

| Debtor | Thunder International Group, Inc. | Case number (if known) | 25-15229 |
|---|---|---|---|
| | Name | | |

| | | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|

**3.30**  **Nonpriority creditor's name and mailing address**
Walnut Valley Water District
271 South Brea Canyon Road
Walnut, CA 91789

**As of the petition filing date, the claim is:** *Check all that apply.*    **$805.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  04/09/2025

**Basis for the claim:** _

**Last 4 digits of account number**  7031

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**
Waste Management of Illinois, Inc.
IL Ottawa Hauling
PO Box 3020
Monroe, WI 53566

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,501.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.32**  **Nonpriority creditor's name and mailing address**
Westwood Funding Solutions LLC
4601 Shreidan St 501
Hialeah, FL 33014

**As of the petition filing date, the claim is:** *Check all that apply.*    **$282,000.00**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  11/24/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.33**  **Nonpriority creditor's name and mailing address**
Wordwide Express
2700 Commerce Street Suite 1500
Dallas, TX 75226

**As of the petition filing date, the claim is:** *Check all that apply.*    **$7,809.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.34**  **Nonpriority creditor's name and mailing address**
Workforce Enterprises, Inc.
499a Smith St.
Perth Amboy, NJ 08861

**As of the petition filing date, the claim is:** *Check all that apply.*    **$384.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,937,358.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 3,937,358.30 |

**Fill in this information to identify the case:**

Debtor name __Thunder International Group, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __25-15229__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Building: 99 Caven Point Road, Jersey City, NJ | |
| | State the term remaining | Expires: 1/31/2026 | 99 Caven Point Road, L.L.C. 400 Plaza Drive P.O. Box 1515 Secaucus, NJ 07096-1515 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Toyota Lift - Model 8FGCU25 | |
| | State the term remaining | | Carruth-Doggett, Inc. 7110 North Fwy Houston, TX 77076 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Building: 19465-19485 E. Walnut Drive, Industry, California | |
| | State the term remaining | 4/30/2026 | Industrial Park E SUB A, LLC c/o Allen Matkins Leck Gamble Mallory & Natsis LLP 600 West Broadway, 27th Floor San Diego, CA 92101 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Building No. 56, Suite A, located at 115 N. Del Rosa, San Bernardino, CA | |
| | State the term remaining | Expires: 12/31/2030 | San Bernardino International Airport 1601 East Third Street, Suite 100 San Bernardino, CA 92408 |
| | List the contract number of any government contract | | |

| Debtor 1 | Thunder International Group, Inc. | | Case number *(if known)* | 25-15229 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Building 3, located at 8828 Taub Road, Houston, TX 77064 | SH Distribution Center Owner LP Cabot Properties Property Management, LP c/o Rachel Haas 1000 N Post Oak Road Suite 220 Houston, TX 77055 |
|---|---|---|---|
| | State the term remaining | Expires: 05/01/2027 | |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | BYD ECB "Comfort" Forklift | Summit RFG Corporation 4680 Parkway Drive, Suite 300 Mason, OH 45040 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Building: Bolingbrook 19, 360 Veterans Parkway Bolingbrook, IL 60440 | Veterans Corporate Center LLC Prologuis 6250 North River Rd, Suite 1100 Des Plaines, IL 60018 |
|---|---|---|---|
| | State the term remaining | Expires: 01/31/2027 | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Thunder International Group, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) ___25-15229___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Mimgming Wang | 19465 East Walnut Drive North Walnut, CA 91789 | Thriveway Funding Group LLC | ☐ D _____ ☒ E/F _3.24_ ☐ G _____ |
| 2.2 | Mimgming Wang | 19465 East Walnut Drive North Walnut, CA 91789 | Westwood Funding Solutions LLC | ☐ D _____ ☒ E/F _3.33_ ☐ G _____ |
| 2.3 | Mimgming Wang | 19465 East Walnut Drive North Walnut, CA 91789 | Charge Up Capital LLC | ☐ D _____ ☒ E/F _3.5_ ☐ G _____ |
| 2.4 | Mimgming Wang | 19465 East Walnut Drive North Walnut, CA 91789 | Essentia Funding | ☐ D _____ ☒ E/F _3.8_ ☐ G _____ |
| 2.5 | Mimgming Wang | 19465 East Walnut Drive North Walnut, CA 91789 | Quick Funding Group, LLC | ☐ D _____ ☒ E/F _3.13_ ☐ G _____ |
| 2.6 | U.S. Small Business Administration | ATTN: District Counsel Two Gateway Center, Suite 1002 Newark, NJ 07102 Guarantor | East West Bank | ☒ D _2.2_ ☐ E/F _____ ☐ G _____ |

| Debtor | Thunder International Group, Inc. | Case number *(if known)* | 25-15229 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Ye Feng | 19465 East Walnut Drive North<br>City of Industry, CA 91789 | Thriveway Funding Group LLC | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |
| 2.8 | Ye Feng | 19465 East Walnut Drive North<br>City of Industry, CA 91789 | Westwood Funding Solutions LLC | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.9 | Ye Feng | 19465 East Walnut Drive North<br>City of Industry, CA 91789 | Charge Up Capital LLC | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.10 | Ye Feng | 19465 East Walnut Drive North<br>City of Industry, CA 91789 | Essentia Funding | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.11 | Ye Feng | 19465 East Walnut Drive North<br>City of Industry, CA 91789 | Quick Funding Group, LLC | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __Thunder International Group, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __25-15229 (JKS)__

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 29, 2025__        X _____
                                                    Signature of individual signing on behalf of debtor

                                                    Mingming Wang
                                                    Printed name

                                                    Secretary, Thunder International Group, Inc.
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy